**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **2999TC ACQUISITIONS, LLC,** | § | |
| | § | **Adv. Proceeding** |
| **v.** | § | **No. 22-03061-swe** |
| | § | |
| **HNGH TURTLE CREEK, LLC,** | §§ | |

## RECEIVER'S NOTICE OF STAY

Cort Thomas, Receiver, provides Notice of Stay, and respectfully shows the Court as follows.

1. On October 18, 2022, in *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X, the United States District Court for the Northern District of Texas appointed Cort Thomas as Receiver for the following entities ("Receivership Entities"):

- Defendant Carnegie Development, LLC;
- Defendant WALL007, LLC;
- Defendant WALL009, LLC;
- Defendant WALL010, LLC;
- Defendant WALL011, LLC;
- Defendant WALL012, LLC;
- Defendant WALL016, LLC;
- Defendant WALL017, LLC;
- Defendant WALL018, LLC;
- Defendant WALL019, LLC;
- Relief Defendant DJD Land Partners, LLC;
- Relief Defendant LDG001, LLC;
- Other entity: BM318 LLC;
- Other entity: D4DS LLC;
- Other entity: D4FR LLC;
- Other entity: D4KL LLC;
- Other entity: Enoch Investments LLC;
- Other entity: FHC Acquisition LLC;
- Other entity: Goldmark Hospitality LLC;
- Other entity: JMJ Acquisitions LLC;
- Other entity: JMJ Development LLC;
- Other entity: JMJAV LLC;
- Other entity: JMR100 LLC;

- Other entity: Lajolla Construction Management LLC;
- Other entity: Mansions Apartment Homes at Marine Creek LLC;
- Other entity: MO 2999TC, LLC;
- Other entity: Orchard Farms Village LLC;
- Other entity: Villita Towers LLC;
- Other entity: 126 Villita LLC; and
- ***All other entities controlled, directly or indirectly, by Timothy Lynch Barton.***

Receivership Order, ¶ 1.

2. Pursuant to the Receivership Order, the Court assumed exclusive jurisdiction and control over all assets of any kind of each of the Receivership Entities. *See* Receivership Order, ¶ 1.

3. A true and correct copy of the Order Appointing Receiver ("Receivership Order") is attached as **Exhibit A**.

4. The Receivership Order stays all litigation as follows:

> "34. As set forth in detail below, the following proceedings, excluding the instant proceeding and all police or regulatory actions and actions of the SEC related to the above-captioned enforcement action, are stayed until further Order of this Court:
>
> > All civil legal proceedings of any nature, including, but not limited to, bankruptcy proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other actions of any nature involving: (a) the Receiver, in his capacity as Receiver; (b) any Receivership Property, wherever located; (c) any of the Receivership Entities, including subsidiaries and partnerships; or, (d) any of the Receivership Entities' past or present officers, directors, managers, agents, or general or limited partners sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant, or otherwise (such proceedings are hereinafter referred to as "Ancillary Proceedings").
>
> 35. The parties to any and all Ancillary Proceedings are enjoined from commencing or continuing any such legal proceeding, or from taking any action, in connection with any such proceeding, including, but not limited to, the issuance or employment of process.
>
> 36. All Ancillary Proceedings are stayed in their entirety, and all Courts having any jurisdiction thereof are enjoined from taking or permitting any action until further Order of this Court. Further, as to a cause of action accrued or accruing in favor of one or more of the Receivership Entities against a third person or party, any applicable statute of limitation

> is tolled during the period in which this injunction against commencement of legal proceedings is in effect as to that cause of action."

Receivership Order ¶¶ 34-36.

5. Accordingly, the Receiver hereby provides notice that this action is stayed.

Respectfully submitted,

By: *_/s/ Charlene C. Koonce_*
Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.