**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2999TC ACQUISITIONS, LLC** | § | **Case No. 21-31954-swe** |
| **Plaintiff,** | § | **Adv. Pro. No. 22-03061-swe** |
| **v.** | § | **Chapter 11** |
| **HNGH Turtle Creek, LLC** | § | |
| **Defendant.** | § | |

**JOINT STIPULATION**
**OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

Cort Thomas, as the court-appointed Receiver in *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X (the "Receivership Case") in the United States District Court for the Northern District of Texas (the "Receivership Court"), submits, on behalf of Plaintiff 2999TC Acquisitions, LLC ("2999TC"), the following Joint Stipulation of Voluntary Dismissal between 2999TC and Defendant HNGH Turtle Creek, LLC ("HNGH"), dismissing the above referenced adversary proceeding (the "Second Adversary Proceeding") with prejudice and respectfully shows the Court as follows:

1. Pursuant to the Receivership Court's *Order Appointing Receiver* [Receivership Case, Dkt. 29] (the "Receivership Order"), the Receiver for the Receivership Entities,[1] was directed to take custody, control, and possession of all Receivership Property. *See* Receivership Order ¶ 6(B). The Receivership Order also empowers the Receiver to "take such action as

[1] "Receivership Entities" includes all entities subject to administration in the Receivership Case including, but not limited to, those entities identified in the Receivership Order and later supplemental orders entered in the Receivership Case [Receivership Case, Dkt. Nos. 62, 88, etc.].

necessary and appropriate for the preservation of Receivership Property or to prevent the dissipation, concealment, or inequitable distribution of Receivership Property" and to "pursue, resist, defend, compromise or otherwise dispose of all suits, actions, claims, and demands which may now be pending or which may be brought by or asserted against the Receivership Entities." *Id*. ¶¶ 6(G)–(H). Furthermore, the Receivership Order vested the Receiver "with management authority" for "all Receivership Entities and may therefore file and manage a Chapter 11 petition." *Id*. ¶ 50. 2999TC is a Receivership Entity of which the Receiver has the authority to control, act on behalf of, and bind to any decisions made on 2999TC's behalf, "including under the Bankruptcy Code to the exclusion of any other person or entity." *Id.*

2. On April 13, 2023, the Receiver and HNGH entered into the Settlement and Release Agreement (the "Settlement Agreement").[2] The Settlement Agreement was approved by the Receivership Court's *Order* [Receivership Case, Dkt. No. 236] (the "Settlement Order") entered on May 15, 2023, attached hereto as **Exhibit B**. Among other things, the Settlement Order lifted the stay of the Second Adversary Proceeding.

3. As incorporated by Federal Rule of Bankruptcy Procedure 7041, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff in a bankruptcy adversary proceeding "may dismiss an action without a court order by filing" a "stipulation of dismissal signed by all parties who have appeared." In accordance with these rules, and subject to the terms of the Settlement Agreement and as consideration for the Settlement Agreement, the Receiver hereby files, on behalf of 2999TC Acquisitions, LLC, this Joint Stipulation of Voluntary Dismissal

[2] The *Receiver's Verified Motion to Approve Settlement Agreement with HNGH Turtle Creek, LLC and Brief in Support* [Receivership Case, Dkt. 210], including the Settlement Agreement attached thereto as an exhibit, is attached hereto as **Exhibit A**.

between 2999TC and HNGH, dismissing the Second Adversary Proceeding with prejudice to refiling.

4. Therefore, the Second Adversary Proceeding is hereby dismissed. The parties respectfully request that the Clerk of the Court close this action in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as incorporated by Federal Rule of Bankruptcy Procedure 7041.

Dated: May 24, 2023

Respectfully submitted,

*/s/ John J. Kane*
John J. Kane
State Bar No. 24066794
jkane@krcl.com
Kane Russell Coleman Logan PC
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Fax: (214) 777-4299

*Counsel to Defendant HNGH Turtle Creek, LLC*

*/s/ C. Alan Carrillo*
Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
State Bar No. 24109693
alan@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

*Counsel to Receiver for Plaintiff 2999TC Acquisitions, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Bankr. P. 8011(d)(1), no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.